DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LILLY BELLA, LLC** and **CHAROSALYN LUDDEN,**
Appellants,

v.

**IGOR SIVOKOZOV,**
Appellee.

No. 4D2023-0952

[February 29, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. CACE21005174.

Kathy L. Houston of Prime Law Group, Jupiter, for appellants.

Peter J. Solnick of Solnick Law P.A., North Miami Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***